**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **PAREDES**<br>**Petitioner** | ) |
| **v.** | ) **Civil Action No. 1:26-cv-14663-JEK** |
| **WESLING, *et al***<br>**Respondents** | ) |

## STATUS REPORT

On November 9, 2026, this Court granted Petitioner's motion to hold proceedings in abeyance and ordered Petitioner to file a status report on November 23, 2026. Petitioner respectfully submits the following status report:

1. On November 10, 2026, the U.S. District Court for the District of Massachusetts granted the Petition for Writ of Habeas Corpus for Mr. Castillo. See *Castillo v. Wesling et al,* 1:26-cv-14695-MJJ (D. Mass Nov. 10, 2026).

2. The *Castillo* Court rejected the government's reliance on heavily redacted DEA reports to establish mandatory detention under 8 U.S.C. § 1226(c) after Respondents declined to supplement the record with less-redacted reports or other competent evidence, and ordered that Mr. Castillo be afforded an individualized bond hearing.

3. Because the District Court has now issued its ruling in *Castillo* resolving the threshold issue for which this matter was stayed, the basis for the abeyance no longer exists.

4. Petitioner is prepared to proceed and proposes that the Court lift the abeyance and set a deadline of three (3) days from the Court's order for Petitioner to file his Reply.

Respectfully submitted,

STEPHEN A. LAGANA
Attorney for Petitioner

Dated: November 23, 2026

/s/ Stephen A. Lagana
Stephen A. Lagana, Esq.
Law Offices of Stephen A. Lagana
145 Essex Street
Lawrence, MA 01840
978-794-2331
Fax: 978-794-2441
Email: lagana.law@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Stephen A. Lagana
Attorney

Dated: November 23, 2026